1

2

3

4

5

6

7

8



FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

9

10

11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15

16

17

| | |
|---|---|
| DION A. COURTNEY,<br><br>                      Petitioner,<br><br>         vs.<br><br>JAMES P. WALKER, Warden,<br><br>                      Respondent. | Case No. CV 10-2044 JST (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

18        Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report

21   to which Petitioner has objected.

22        The Court notes that a recent U.S. Supreme Court decision generally

23   precludes a federal court from augmenting the evidentiary record beyond what was

24   presented to the state court on direct appeal or state habeas review.  See Cullen v.

25   Pinholster, ___ U.S. ___, 131 S. Ct. 1388, 1398 (2011) (federal court's habeas

26   review ordinarily "is limited to the record that was before the state court that

27   adjudicated the claim on the merits").  As a result, Petitioner is not entitled to an

28

1  evidentiary hearing as he requests in his objections.  The Court therefore accepts

2  the findings and recommendation of the Magistrate Judge.

3        IT IS ORDERED that Judgment be entered denying the petition and

4  dismissing this action with prejudice.

5

6

7  DATE: _1/31/2012_                    _____

8                                       HON. JOSEPHINE S. TUCKER
                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28