FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION A. COURTNEY,<br><br>    Petitioner,<br>vs.<br>JAMES P. WALKER, Warden,<br><br>    Respondent. | Case No. CV 10-2044 JST (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 1/31/2012

HON. JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE